IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RANDY TYRONE FULLER, | : | |
| | : | |
| Petitioner, | : | |
| | : | No. 5:12-CR-00035 (CAR) |
| v. | : | No. 5:12-CV-90172 (CAR) |
| | : | |
| UNITED STATES OF AMERICA, | : | Proceedings under 28 U.S.C. § 2255 |
| | : | |
| Respondent. | : | |
| | : | |

## ORDER ON RECOMMENDATION

Before the Court is the Recommendation [Doc. 71] of the United States Magistrate Judge to dismiss Petitioner Randy Fuller's second *pro se* Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Doc. 68]. The Court is aware that Petitioner has not received a copy of the Magistrate Judge's Recommendation, and therefore, he has not filed any written objections pursuant to 28 U.S.C. § 636(b)(1). However, because any objection to the Magistrate Judge's Recommendation would be futile, the Court deems it appropriate to dismiss Petitioner's Motion. Accordingly, the Recommendation is hereby **ADOPTED and MADE THE ORDER OF THE COURT**. Petitioner's Section 2255 Motion is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED,** this 7th day of November, 2013.

<u>S/  C. Ashley Royal</u>
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

BBP